UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH HOLMAN,

                Plaintiff,                No. 05-CV-72566-DT

vs.                                               Hon. Gerald E. Rosen

WESTIN HOTEL SOUTHFIELD, et al.,

                Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

                At a session of said Court, held in the
                U.S. Courthouse, Detroit, Michigan
                on      June 22, 2006

                PRESENT:  Honorable Gerald E. Rosen
                                  United States District Judge

       This matter having come before the Court on the May 23, 2006 Report and Recommendation of United States Magistrate Judge Donald A. Scheer recommending that the Court grant Defendants' Motion to Dismiss Due to Plaintiff's Continued Discovery Abuse and that the Plaintiff's Complaint be dismissed, with prejudice; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, this case should be dismissed in its entirety; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of May 23, 2006 be, and hereby is, concurred in, and adopted by, this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motion to Dismiss Due to Plaintiff's Continued Discovery Abuse be, and hereby is, GRANTED. Plaintiff's Complaint is, accordingly, DISMISSED in its entirety with prejudice.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: June 22, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 22, 2006, by electronic and/or ordinary mail.

s/V. Sims for LaShawn R. Saulsberry
Case Manager