UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH HOLMAN,

                Plaintiff,                No. 05-CV-72566-DT

vs.                                         Hon. Gerald E. Rosen

WESTIN HOTEL SOUTHFIELD, et al.,

                Defendant.
_____/

## JUDGMENT

At a session of said Court, held in the
U.S. Courthouse, Detroit, Michigan
on   June 22, 2006

PRESENT: Honorable Gerald E. Rosen
                  United States District Judge

The Court having this date entered an Order adopting the Magistrate Judge's May 23, 2006 Report and Recommendation and granting Defendants' Motion to Dismiss Due to Plaintiff's Continued Discovery Abuse,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is hereby DISMISSED in its entirety with prejudice.

                                s/Gerald E. Rosen
                                Gerald E. Rosen
                                United States District Judge

Dated: June 22, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 22, 2006, by electronic and/or ordinary mail.

        s/V. Sims for LaShawn R. Saulsberry
        Case Manager